UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

MARIEA BOWMAN,

                          Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER ASA
BARNES, POLICE OFFICER KELVY VASQUEZ, AND
SGT. AMANJEET SANDHU,

                          Defendants.
_____x

08-CV-10123 (PAC)

**DECLARATION OF JOHN COBB IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

      JOHN COBB affirms, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1. I am a partner at Cobb & Cobb, attorneys for plaintiff in this matter.  As such, I am familiar with the facts stated below and submit this affirmation to place the relevant documents on the record in opposition to defendants' motion for summary judgment and in support of plaintiffs' cross-motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

    2. Attached are the following exhibits:

        <u>Exhibit #1:</u>    Amended Complaint

        <u>Exhibit #2:</u>    Memobook entry of Asa Barnes dated March 1, 2008

        <u>Exhibit #3:</u>    Memobook entry of Sgt. Amanjeet Sandhu dated March 1, 2008

        <u>Exhibit #4:</u>    SPRINT report for Feb. 29, 2008 (2:44 a.m.)

        <u>Exhibit #5:</u>    SPRINT report for Feb. 29, 2008 (11:12 p.m.)

        <u>Exhibit #6:</u>    SPRINT report for March 1, 2008 (1:10 a.m.)

Exhibit #7: Portion of CCRB interview of PO Asa Barnes dated January 30, 2009

Exhibit #8: Portion of deposition of Sgt. Amanjeet Sandhu dated August 28, 2009.

Exhibit #9: Portion of deposition of PO Kelvy Vasquez dated September 29, 2009.

Exhibit #10: Misdemeanor complaint of PO Kelvy Vasquez dated March 1, 2008.

Exhibit #11: Prisoner Holding Pen Roster dated March 1, 2008

Exhibit #12: Bronx Criminal Court booking/arraignment report

Exhibit #13: Bronx Criminal Court appearance history

Exhibit #14: Emergency Room Records dated March 3, 2008

Exhibit #15: Emergency Room Records dated March 4, 2008

Exhibit #16: Neurologist Report dated March 17, 2008

Exhibit #17: Itemized Invoice for counseling services dated October 15, 2009

Exhibit #18: Dr. Adderley Progress Report dated February 24, 2009

Exhibit #19: Records from Boulevard Medical Healthcare (April 17, 2008, to May 27, 2009)

Exhibit #20: Letters from Affinity Health Plan (July 2, 2008, to March 13, 2009)

Exhibit #21: Montefiore admission record dated January 7, 2009

Exhibit #22: Montefiore discharge summary dated January 14, 2009

Exhibit #23: Montefiore inpatient hospital treatment (Feb. 25 - 27, 2009)

Exhibit #24: Progress notes from Montefiore Home Health Care for treatments rendered Feb. 27, 2009, to April 13, 2009

Exhibit #25: N.Y.P.D. Patrol Guide Section 214-13

Exhibit #26:   18 U.S.C. §3109

Exhibit #27:   Expert Report of Walter Signorelli

Exhibit #28:   Expert Report of Roy Lubit, MD, PhD

Exhibit #29:   Payroll records from Dept. of Education (2003 and 2004)

Exhibit #30:   Portion of deposition of Mariea Bowman dated Aug. 24, 2009

Exhibit #31:   Portion of deposition of Darryl Epps dated Aug. 28, 2009


DATED:   Newburgh, New York
         March 3, 2010                    **COBB & COBB**

                                    By:   _/s/ John Cobb_
                                          JOHN COBB (JC 9884)
                                          Attorneys for Plaintiff
                                          724 Broadway
                                          Newburgh, NY  12550
                                          (845) 565-0500


TO:   Morgan Kunz, Esq.
      Asst. Corp. Counsel
      Attorney for Defendants
      100 Church St., #3-195
      New York, NY  10007
      (212) 788-0422
      mkunz@law.nyc.gov