<u>Exhibit #2</u>:   Memobook entry of Asa Barnes dated March 1, 2008





SAT 3-1-08  Tour 2515+0760

NYC97

2315 PFD @ 47, R/C Sgt Southr,
COD Green, RD 5-5-08, H/T 1) w/PO
Vasquez, RMP 2 B7, Mea 1030, Radio 3861
2335 RMP 2137 inspection
 CSU/K
2345  61 to 1138 E 224
0201       1 under by Partner
0205  62 A @ 47
0130  Escort 1 Female P, L nor to Jacobi
0715  62 A @ 47
0250  E @ 00 Bnr  2020 ?

NYC98